JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01231-SVW-SHK<br><br>*Assigned to Honorable Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed: 4/28/2021<br>Trial Date: 2/8/2021 |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 28, 2022

By: _____

JUDGE OF THE DISTRICT COURT